Case 4:17-cv-02836 Document 135-1 Filed on 03/28/19 in TXSD Page 1 of 1
Case 4:17-cv-02836 Document 135 Filed on 03/19/19 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESPIRION MENDOZA, Individually and on Behalf of All Others Similarly Situated, <br><br> v. <br><br> GUARD 1 SERVICES, LLC. | **Case No.:** 4:17-cv-02836 <br> Collective Action (29 U.S.C. § 216(b)) <br><br> Chief Judge Lee H. Rosenthal |

# ORDER

Per the Parties' Rule 41 Stipulation of Dismissal with Prejudice, the claims of the following plaintiffs are DISMISSED with prejudice.

1. Bingham, Shelia
2. Cook, Charles
3. Dunham, Linda
4. Griffith, Carol
5. Hessenauer, Barry
6. Hessenauer, Donna Gail
7. Lewis, George
8. Lewis, Rosemary
9. Morgan, Elaine
10. Olvedo, Robert
11. Risberg, Eric
12. Shearer, James
13. Whitcomb, Cheryl
14. Whitcomb, Fred

Each party shall bear their own fees and costs. This ORDER does not dismiss the claims of the remaining plaintiffs that have filed consents to join this action.

SIGNED this _18th_ day of _March_ at Houston, Texas.

Lee H. Rosenthal
Chief Judge, United States District Court