United States District Court
Southern District of Texas
**ENTERED**
March 19, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESPIRION MENDOZA, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>GUARD 1 SERVICES, LLC. | **Case No.: 4:17-cv-02836**<br>Collective Action (29 U.S.C. § 216(b))<br><br>Chief Judge Lee H. Rosenthal |

## ORDER APPROVING SETTLEMENT AGREEMENT

The Court, having considered the Parties' Joint Motion to Approve Settlement Agreement, hereby GRANTS the motion and approves the Parties' Settlement Agreement in all respects. The Parties are ORDERED to comply with the provisions of the Settlement Agreement. The Parties will file a Rule 41 Stipulation of Dismissal within 3 days of Plaintiffs' Counsel's receipt of payment, *no later than April 15, 2019*.

So ordered this **18th** day of **March** at Houston, Texas.

Lee H. Rosenthal
Chief Judge, United States District Court