Case 4:17-cv-02836   Document 75   Filed on 04/09/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 10, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ESPIRION MENDOZA, Individually and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>GUARD 1 SERVICES, LLC. | **Case No.: 4:17-cv-02836**<br>Collective Action (29 U.S.C. § 216(b))<br><br>Chief Judge Lee H. Rosenthal |

## ORDER

Per the Parties' Rule 41 Stipulation of Dismissal with Prejudice, the claims of the plaintiffs are DISMISSED with prejudice.

Each party shall bear their own fees and costs.

SIGNED this ___9th___ day of ___April___ at Houston, Texas.

_____
Lee H. Rosenthal
Chief Judge, United States District Court